# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **Patricia M. Schaffer,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **11-3321-CV-S-JTM** |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## O R D E R

On Friday, August 17, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed January 20, 2012, [Doc. 8] and the *Brief For Defendant*, filed April 5, 2012, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the August 17, 2012 oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on August 17, 2012. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                               */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**