# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Patricia Schaffer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-3321-CV-S-JTM |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed November 17, 2012 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed November 17, 2012 [Doc. 17] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $5,800.00

　　　　　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　　　　　**John T. Maughmer**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**